JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ENRIQUE ESPADA HERNANDEZ,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>     Respondents. | Case No. 5:26-cv-02231-AJR<br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody pursuant to the same conditions of release in place at the time of his re-detention on August 26, 2025.  Respondents are enjoined from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof.  Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight

risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community (for the avoidance of doubt, the immigration judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard). **Respondents shall file a notice of compliance within twenty-four hours.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 11, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE